**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

*In re:*

AURORA OF TAMPA, INC.                    Case No.:   8:11-bk-21104-MGW
d/b/a Remington Steakhouse,              Chapter  11
    Debtor.

_____/

**MOTION TO EXTEND TIME TO FILE**
**SCHEDULES, STATEMENTS AND THE CHAPTER 11**
**CASE MANAGEMENT SUMMARY**

AURORA OF TAMPA, INC., d/b/a Remington Steakhouse, (the "Debtor-in-Possession"), hereby files this Motion to Extend Time to File Schedules, Statements and Chapter 11 Case Management Summary, and states that:

1. The Debtor filed a Voluntary Petition for Relief herein under Chapter 11 of the Bankruptcy Code on November 15, 2011.

2. The Schedules, Statements and Chapter 11 Case Management Summary are due on November 29, 2011.

3. The Debtor requires an additional eight (8) days within which to file the Schedules, Statements and Chapter 11 Case Management Summary.

4. The foregoing constitutes cause to grant this motion and extend the time within which to file the Schedules, Statements and Chapter 11 Case Management Summary.

WHEREFORE, AURORA OF TAMPA, INC., d/b/a Remington Steakhouse prays that

this Court grant this Motion and extend the time within which to file the Schedules, Statements and Chapter 11 Case Management Summary up to and including December 7, 2011, and grant such other relief as is just and proper.

DAVID W. STEEN, P. A.

*/s/ David W. Steen*
DAVID W. STEEN, ESQUIRE
Florida Bar No.: 221546
13902 N. Dale Mabry Hwy
Suite 110
Tampa, FL 33618
Telephone:      (813) 251-3000
Facsimile:      (813) 251-3100
E Mail:          dwsteen@dsteenpa.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Extend Time to File Schedules, Statements and Chapter 11 Case Management Summary has been furnished by United States Mail and/or electronic mail (ECF) to: United States Trustee, 501 E. Polk Street, Ste. 1200, Tampa, Florida 33602, on this 29th day of November, 2011.

*/s/ David W. Steen*
David W. Steen, Esquire