**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

*In re:*

| | |
|---|---|
| **AURORA OF TAMPA, INC.** | **Case No.:   8:11-bk-21104-MGW** |
| **d/b/a Remington Steakhouse,** | **Chapter   11** |
| | |
| **Debtor.** | |
| _____/ | |

**MOTION TO EXTEND TIME BY SEVEN (7) DAYS**
**TO FILE THE PLAN OF REORGANIZATION**
**AND DISCLOSURE STATEMENT**

AURORA OF TAMPA, INC. D/B/A REMINGTON STEAKHOUSE, the Debtor in Possession herein, does hereby file this Motion to Extend Time to File the Plan of Reorganization and Disclosure Statement, and as grounds therefore state that:

1. The Debtor filed a Voluntary Petition for Relief herein under Chapter 11 of the Bankruptcy Code on November 15, 2011.

2. The Debtor Plan of Reorganization and Disclosure Statement were to be filed on or before February 15, 2012.

3. Due counsel's schedule, the Plan and Disclosure Statement will not be timely filed.

4. Counsel for the Debtor request a seven (7) day extension until February 22, 2012, within which to complete the Plan of Reorganization Disclosure Statement in order to allow the Debtor additional time to determine the proposed treatment of the unsecured creditor claims.

5. Due to this short extension requested, it is not likely that there will be any prejudice whatsoever to creditors or other parties in interest.

6.  The foregoing constitutes cause to grant this Motion and extend the time by seven (7) days within which to file the Plan of Reorganization and Disclosure Statement.

WHEREFORE, AURORA OF TAMPA, INC. D/B/A REMINGTON STEAKHOUSE, prays that this Court grant this Motion and extend the time by seven (7) days within which to file the Plan of Reorganization and Disclosure Statement up to and including February 22, 2012, and grant such other relief as is just and proper under these circumstances.

Dated: ____*February 15, 2012*____

                                            DAVID W. STEEN, P. A.

                                            */s/ David W. Steen*_____
DAVID W. STEEN, ESQUIRE
Florida Bar No.: 221546
13902 N. Dale Mabry Hwy
Suite 110
Tampa, FL 33618
Telephone:    (813) 251-3000
Facsimile:    (813) 251-3100
E Mail:    dwsteen@dsteenpa.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing Motion and extend the time by seven (7) days to File Plan of Reorganization and Disclosure Statement has been furnished by United States Mail and/or electronic mail (ECF) to: United States Trustee, 501 E. Polk Street, Ste. 1200, Tampa, Florida 33602, on this __**15th**__ day of February, 2012.

                                                    */s/ David W. Steen*